IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WEATHERFORD U.S., L.P., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>GREAT NORTHERN ENGINEERING, )<br>LLC; THE ESTATE OF JOHN H. RIGGS;)<br>and CHERYL DEAN RIGGS, Personal )<br>Representative of the Estate of John H. )<br>Riggs, )<br>Defendants. )<br>_____) | Case No. 3:15-cv-00023 TMB<br><br>**ORDER GRANTING**<br>**STIPULATION FOR DISMISSAL** |

The parties, having stipulated to a Dismissal With Prejudice,

**IT IS ORDERED,** this matter is **DISMISSED,** each party to bear its own costs and attorney's fees.

Dated this 13th day of April 2016.

/s/ Timothy M. Burgess
Timothy M. Burges
United States District Court Judge